HENRY LINTIG, Appellant, *v.* HELEN H. JENKINS et al.,
Respondents, Impleaded with Others.

*Lintig* v. *Jenkins*, 160 App. Div. 887, affirmed.
(Argued March 10, 1916; decided March 24, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered January 12, 1914, affirming a judgment in favor
of defendants entered upon a dismissal of the complaint
by the court at a Trial Term.　The allegations of the com-

plaint, so far as material on this appeal, are to the effect that plaintiff was the owner of the leasehold of certain premises on the southwest corner of Walker and Lafayette streets, divided only by a party wall from premises of the defendant Jenkins; that the defendant Jenkins, in May and June, 1907, employed the defendant Corning Company to tear down her buildings adjoining the plaintiffs and to construct a new building; that the defendants, while the work of excavating for the foundation of the new buildings was in progress and "intending to excavate to a great depth," negligently demolished and took away some part of the party wall or failed to leave sufficient support for plaintiff's building, and negligently weakened same and its foundations and removed its supports without shoring up and bracing and underpinning same; that by reason of the premises, on June 25, 1907, plaintiff's building collapsed, to his damage in the loss of property of the value of $8,000, of an additional $1,500 which he had paid immediately prior to the collapse for improvements, in the loss of profits and business in the further sum of $5,000, and in value of his lease in the further sum of $12,500, in all $27,000. The answer of the respondents contains denials of all the material allegations of the complaint.

*George H. D. Foster* and *E. Walter Earle* for appellant.

*H. A. Cushing* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.